**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DONEL DAVIDSON<br>v.<br>LAUREN R. HOBART, et al. | Lead Case No. 2:25-cv-00209-NR-KT |
| This Document Relates To:<br><br>ALL ACTIONS | |

**ORDER GRANTING UNOPPOSED MOTION TO AMEND**
**MAY 16, 2025 ORDER REGARDING CO-LEAD COUNSEL**

AND NOW, this 3rd day of June, 2026, upon consideration of plaintiffs Donel Davidson and Richard Sullivan's ("Plaintiffs") Unopposed Motion to Amend May 16, 2025 Order Regarding Co-Lead Counsel ("Motion"), it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The May 16, 2025 Order Granting Joint Motion for Consolidation of Related Derivative Actions and Appointment of Co-Lead and Liaison Counsel (the "Order"; ECF No. 14) is amended only as follows:

   a. Paragraph 7 is amended to read: The law firms of Robbins LLP ("Robbins") and Brian Murray Law PLLC ("Murray Law") shall serve as Co-Lead Counsel for Plaintiffs in the Consolidated Derivative Action. Robbins and Murray Law shall have authority to speak for Plaintiffs in all matters regarding pre-trial and trial procedure and settlement negotiations, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of the Consolidated Derivative Action, and to avoid

duplicative or unproductive efforts. The law firm of Pribanic & Pribanic shall serve as Liaison Counsel in the Consolidated Derivative Action.

3. All other portions of the Order remain unchanged and in effect.

SO ORDERED.

/s/ Kezia O. L. Taylor

Kezia O. L. Taylor
United States Magistrate Judge